UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| GREGORY J. FLETCHER | ) | |
| Plaintiff, | ) | NO. 2-CV-00131-RSL |
| | ) | |
| vs. | ) | INSURANCE COMMISSIONER'S |
| | ) | CERTIFICATE OF SERVICE |
| STANDARD INSURANCE COMPANY; | ) | |
| VIRGINIA MASON MEDICAL CENTER | ) | |
| as Plan Administrator; and its | ) | |
| LONG TERM DISABILITY INSURANCE | ) | |
| Plan, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS IS TO CERTIFY** that the Insurance Commissioner of the State of Washington has accepted service of

*SUMMONS; COMPLAINT FOR DECLARATION OF RIGHTS TO LONG-TERM DISABILITY BENEFITS AND FOR RECOVERY OF BENEFITS*

in the above-mentioned matter on JANUARY 29, 2015, on behalf of and as statutory attorney for

*STANDARD INSURANCE COMPANY*

an authorized foreign or alien insurer, and has forwarded a duplicate copy thereof to said insurance company pursuant to RCW 48.02.200 and 48.05.200.

Tracker ID: 12345

ISSUED AT OLYMPIA, WASHINGTON: JANUARY 30, 2015

Certification No: 91 7199 9991 7034 8694 8308

MIKE KREIDLER
Insurance Commissioner

By

Jane Nesbitt
Service of Process Coordinator

| Original to: | Copy to: |
|---|---|
| MEL CRAWFORD | STANDARD INSURANCE COMPANY |
| MACDONALD HOAGUE & BAYLESS | HOLLEY Y FRANKLIN (SEC) |
| 1500 HOGE BUILDING | PO BOX 711 |
| 705 SECOND AVENUE | 1100 SW SIXTH AVE |
| SEATTLE, WA 98104 | PORTLAND, OR 97207-1020 |

Tracker ID: 12345